

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     William David Golden v. Janet Sue Golden

Appellate case number:   01-09-00735-CV

Trial court case number: 2008-67084

Trial court:             245th District Court of Harris County

Date motion filed:       February 28, 2013

Party filing motion:     William David Golden


It is ordered that the motion for rehearing is **denied**.


Justice's signature:  /s/ Rebeca Huddle
                             Acting for the Court

Panel consists of Justices Keyes, Sharp, and Huddle.


Date:   <u>May 3, 2013</u>